1

2

3

4

5

Peter N Greenfeld, Esq.
Law Offices of Peter N. Greenfeld, P.C
1212 East Osborn Road, Suite 115
Phoenix, AZ 85014
Phone:  (602) 956-4226
Fax:   (602) 956-4232
Email:  pgreenfeld@azfranchiseelaw.com
Attorney for Defendant Green Planet, Inc.

6

7

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

9

10

11

12

13

14

15

16

**BBK Tobacco & Foods, LLP,**          ) **Case No. 2:13-CV-00816-BSB**
                                       )
          **Plaintiff,**               )
                                       )
     **v.**                            ) **ANSWER TO AMENDED COMPLAINT**
                                       )
**Green Planet, Inc.,**                )
                                       )
          **Defendant.**               )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )

17

18

19

20

        For its Answer to the Amended Complaint filed on April 23, 2013,

Defendant Green Planet, Inc., admits, denies and alleges as follows:

21

## PARTIES

22

23

24

        1.     In answer to para 1 of the complaint, Defendant Green Planet, Inc., is

without sufficient knowledge or information to form a belief as to the truth of the

allegations, and on that basis denies the allegations contained therein.

25

26

        2.     In answer to para 2 of the complaint, Defendant admits the allegations

contained therein.

27

28

1

**JURISDICTION AND VENUE**

2     3.    In answer to para 3 of the complaint, Defendant admits the allegations

3  contained therein.

4     4.    In answer to para 4 of the complaint, Defendant denies the allegations

5  contained therein.

6

7

**GENERAL ALLEGATIONS**

8     5.    In answer to para 5 of the complaint, Defendant is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations, and on

10  that basis denies the allegations contained therein.

11     6.    In answer to para 6 of the complaint, Defendant is without sufficient

12  knowledge or information to form a belief as to the truth of the allegations, and on

13  that basis denies the allegations contained therein.

14     7.    In answer to para 7 of the complaint, Defendant is without sufficient

15  knowledge or information to form a belief as to the truth of the allegations, and on

16  that basis denies the allegations contained therein.

17     8.    In answer to para 8 of the complaint, Defendant admits the allegations

18  contained therein.

19     9.    In answer to para 9 of the complaint, Defendant denies the allegations

20  contained therein.

21     10.    In answer to para 10 of the complaint, Defendant denies the allegations

22  contained therein.

23     11.    In answer to para 11 of the complaint, Defendant admits the

24  allegations contained therein.

25     12.    In answer to para 12 of the complaint, Defendant admits the

26  allegations contained therein.

27

28

13.     In answer to para 13 of the complaint, Defendant denies the allegations contained therein.

14.     In answer to para 14 of the complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies the allegations contained therein.

15.     In answer to para 15 of the complaint, Defendant admits its packaging, for a time, said "made in P.R.C.," but otherwise denies the allegations contained therein.

16.     In answer to para 16 of the complaint, Defendant admits the allegations contained therein.

17.     In answer to para 17 of the complaint, Defendant denies the allegations contained therein.

18.     In answer to para 18 of the complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies the allegations contained therein.

## CLAIM FOR RELIEF

### (Lanham Act Violations, 15 U.S.C. § 1125)

19.     Defendant Green Planet, Inc. incorporates all allegations in paragraphs 1-18 as if set forth here in full.

20.     In answer to para 20 of the complaint, Defendant denies the allegation contained therein.

21.     In answer to para 21 of the complaint, Defendant denies the allegations contained therein.

22.     In answer to para 22 of the complaint, Defendant denies the allegations contained therein.

23.    In answer to para 23 of the complaint, Defendant denies the allegations contained therein.

24.    In answer to para 24 of the complaint, Defendant denies the allegations contained therein.

25.    In answer to para 25 of the complaint, Defendant denies the allegations contained therein.

26.    In answer to para 26 of the complaint, Defendant denies the allegations contained therein.

27.    In answer to para 27 of the complaint, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE - LACHES

28.    Plaintiff unreasonably delayed in bringing this action and such delay worked to the Defendant's disadvantage, such that the recovery sought should be denied.

### SECOND AFFIRMATIVE DEFENSE – LACK OF STANDING

29.    Plaintiff has suffered no injury nor is any imminent, and any lost sales were not caused by the conduct complained of, but rather were the result of Defendant offering the goods at substantially lower prices.

4

1

## PRAYER FOR RELIEF

2      WHEREFORE, Defendant Green Planet, Inc. prays for judgment against

3   Plaintiff BBK Tobacco & Foods as follows:

4      1.      That Plaintiff takes nothing and the Court enters judgment in favor of

5   Green Planet, Inc. and against Plaintiff;

6      2.      That the Court declares this case exceptional and award Green Planet,

7   Inc. its reasonable attorney's fees and costs; and

8      3.      For such other and further relief as the Court deems just and proper.

9

10

11                                    Respectfully submitted,

12                                    Law Offices of Peter N. Greenfeld, P.C.

13

14   Dated:  June 24, 2013            By:      s/Peter N. Greenfeld
                                             Peter N. Greenfeld, Esq.
15                                           Attorneys for Defendant,
                                             Green Planet, Inc.
16

17

18                        ## CERTIFICATE OF SERVICE
        I certify that on June 24, 2013 I electronically transmitted the attached document to

19   the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

20   Electronic Filing to those attorneys registered with the CM/ECF.

21

22   **Plaintiff's Counsel**
     Everett S. Butler, Esq.
23   Matthew D. Williams, Esq.
     The Butler Law Firm
24   3800 North Central Avenue
     Suite 810
25   Phoenix, Arizona  85012-3338

26

27   By      /s/ Peter N. Greenfeld

28

5